UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY ROSENCRANTZ #252422,

    Plaintiff,

v.

    Case No. 1:24-cv-886

    HONORABLE PAUL L. MALONEY

ANGELA SCHMALBACH, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Fosburg filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 26, 2025, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 43) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 21) is GRANTED.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

A Judgment will be entered consistent with this Order.[1]

Dated:  January 26, 2026                                                   /s/  Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge

---

[1] The court records reflect the other defendants have been dismissed from this lawsuit by prior Orders (ECF Nos. 6 and 42).